# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

ROY J. AVRETT

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj42/MD

**AFPD Randall Lockhart**
Defendant's Attorney

□ **THE DEFENDANT** pled guilty to count(s) One and Two of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34(2) | Driving With a Suspended License With Knowledge | 9/1/07 | One |
| 32 C.F.R. § 210 and FSS 320.07 | Expired Registration | 9/1/07 | Two |

### CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than April 16, 2008.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 15.00 | $ 410.00 | $ 0.00 |

Date of Imposition of Sentence - 2/26/08

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 2-26-08